UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE GRAHAM, JR.,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.

Case No.: 2:05CV70314
Hon. Denise Page Hood
Magistrate Judge Morgan

_____/

| GREG M .LIEPSHUTZ   (P37573) | RICHARD P. SMITH (P36668) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| LEVINE, BENJAMIN, TUSHMAN, | BLAKE, KIRCHNER, SYMONDS, |
| BRATT, JERRIS & STEIN, P.C. | LARSON, KENNEDY & SMITH, P.C. |
| 100 Galleria Officentre, Suite 411 | 535 Griswold – 1432 Buhl Building |
| Southfield, MI  48034 | Detroit, MI  48226-3695 |
| (248) 352-5700 / (248) 352-1312 (fax) | (313) 961-7321 / (313) 961-5972 (fax) |

_____/

## ORDER FOR DISMISSAL TO SUBMIT TO BINDING ARBITRATION

The parties having agreed to settle their disputes through binding arbitration and stipulating to same, and the Court being fully apprised in the matter;

**IT IS HEREBY ORDERED** that the above-entitled cause of action is dismissed in its entirety, with prejudice and without costs of attorneys' fees to either party.

This Order resolves all pending claims and closes the case.

                                            s/ DENISE PAGE HOOD
                                            U. S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2005, by electronic and/or ordinary mail.

                                            s/William F. Lewis
                                            Case Manager